# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-132-MMD-(RJJ) |
| DELON HUNTER, ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 5, 2012, defendant DELON HUNTER pled guilty to Counts One, Two, Three, Five, and Seven of a Ten-Count Criminal Indictment charging him in Count One with Conspiracy to Interfere with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a); in Count Two with Brandishing a Firearm in Furtherance of a Crime of Violence in violation with Title 18, United States Code, Section 924(c)(1)(A)(ii); and in Counts Three, Five, and Seven with Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951. Criminal Indictment, ECF No. 1.

This Court finds defendant DELON HUNTER agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement. Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

. . .

1  Criminal Indictment and agreed to in the Plea Memorandum, and the offense to which defendant
2  DELON HUNTER pled guilty. Criminal Indictment, ECF No. 1.
3      The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
4  924(d)(1) and Title 28, United States Code, Section 2461(c):
5      1.    Black, Springfield, Model XD9, 9mm handgun, serial number XD228554; and
6      2.    any and all ammunition ("property").
7  This Court finds the United States of America is now entitled to, and should, reduce the
8  aforementioned property to the possession of the United States of America.
9      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
10  the United States of America should seize the aforementioned property.
11      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
12  of DELON HUNTER in the aforementioned property is forfeited and is vested in the United States
13  of America and shall be safely held by the United States of America until further order of the
14  Court.
15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
16  America shall publish for at least thirty (30) consecutive days on the official internet government
17  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
18  property, state the time under the applicable statute when a petition contesting the forfeiture must
19  be filed, and state the name and contact information for the government attorney to be served with
20  the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section
21  853(n)(2).
22      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
23  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
24      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
25  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
26  the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __5th__ day of __December__, 2012.

_____
UNITED STATES DISTRICT JUDGE