RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Delon Hunter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-132-JAD-CWH-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DELON HUNTER, | **ORDER** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Delon Hunter, that the Revocation Hearing currently scheduled on January 14, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to resolve this matter prior to the revocation hearing. The additional time will also allow the defendant time to complete the CARE

program. Whether or not the defendant successfully completes the program will inform the parties' negotiations and possible resolution of this case.

2. The defendant is at the halfway house and has no objection.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13 day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Christopher Lin*<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DELON HUNTER,

    Defendant.

Case No. 2:12-cr-132-JAD-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 14, 2020, at 9:30 a.m., be vacated and continued to 03/02/2020 at the hour of 10:30 a.m. ; or to a time and date convenient to the court.

    Dated: January 13, 2020.

_____
UNITED STATES DISTRICT JUDGE