**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DELON HUNTER,<br><br>        Defendant. | Case No. 2:12-cr-132-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 325 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 8, 2020, at 11:00 a.m., be vacated and continued to Monday, September 14, 2020, at 11:00 a.m.

DATED this 4th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

3