**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELON HUNTER,<br><br>　　　　Defendant. | Case No. 2:12-CR-00132-JAD-VCF-1<br><br>**ORDER**<br><br>ECF No. 375 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 1, 2021 is vacated and continued to November 15, 2021, at 1:30 p.m.

　　DATED this 27th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE