# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DELON HUNTER, <br><br> Defendant. | Case No. 2:12-CR-00132-JAD-VCF-1 <br><br> **ORDER** <br><br> ECF No. 377 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 15, 2021 at 1:30 p.m., be vacated and continued to December 20, 2021, at 2:00 p.m.

DATED this 8th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE